

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

December 15, 1948

Hon. L. A. Wood                     Opinion No. V-737
State Superintendent
Department of Education       Re:  The legality of paying the
Austin, Texas                          expenses of State business
                                               travel when the employee
                                               also attends a Convention
                                               meeting in the evening.

Dear Sir:

        Your request for an opinion upon the above
subject matter is as follows:

        "On October 31 Dr. H. E. Robinson
    went to Waco at the request of several
    individuals to assist with special edu-
    cation problems in their schools.  He
    was involved in eight or ten such indi-
    vidual conferences from noon on the 31st
    until noon on November 1.  He did not go
    to Waco to attend a convention, but at
    7:30 p.m. on October 31 he did attend a
    meeting at which Dr. John Lee of Wayne
    University spoke to a group on "What Is
    Special Education?"  I feel that attend-
    ing this meeting at an evening hour does
    not invalidate his claim for expenses
    for transacting necessary official busi-
    ness.

        "I am enclosing a copy of his expense
    account claims covering the details of
    this situation and would appreciate your
    opinion as to whether or not he is entitl-
    ed to reimbursement for his expenses in-
    curred."

        Dr. Robinson's account may be approved for
payment.  The State has a just claim upon the working
hours of its employees, but it is not monitor of their
evenings.  The prohibition against paying travel ex-
penses of employees to conventions does not operate to

forbid payment when the employee in fact is traveling on State business, notwithstanding, while upon such trip he does actually attend a convention.  Each case such as you put presents a question of fact as to good faith discharge of the State's business.  It is primarily the duty of the head of the department, and the issuance and payment of warrant by the accounting officers of the State to solve such questions.  We may add, however, that the nature of the business transacted, and the character of the convention attended may be considered in this fact finding as to good faith intention.

It is within your power and official discretion to approve the claim involved.

## SUMMARY

A State employee may lawfully be paid travel expense incurred in making a trip in good faith upon State business notwithstanding in the evening he attends a convention.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By  Ocie Speer
Ocie Speer
Assistant

OS:wb

APPROVED:

Price Daniel
ATTORNEY GENERAL